UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:22-CR-11-TAV-DCP |
| | ) | |
| LATEASHA BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate.

This matter came before the Court on July 7, 2022, for a hearing to address the Motion to Withdraw [Doc. 137], filed by Attorney Scott A. Lanzon, on June 13, 2022. Assistant United States Attorneys Alan S. Kirk and Kevin Quencer appeared for the Government. Attorney Scott A. Lanzon appeared for the Defendant, who was also present.

In the motion [Doc. 137], Attorney Lanzon requests permission from the Court to withdraw from further representation of Defendant. Attorney Lanzon states he is requesting to withdraw because he is unable to effectively communicate with Defendant, and he believes it is in the best interest of everyone for new counsel to be retained or appointed. At the hearing, Attorney Lanzon stated he believed there had been a mutual breakdown in communication and a loss of trust between Defendant and himself. Attorney Lanzon represented that he believed it would be in Defendant's best interest to have new counsel at this point. Defendant agreed with Attorney Lanzon's representations and indicated she intends to hire new retained counsel.

The Court noted that, given the representations made at the hearing, Attorney Lanzon would need to remain as Defendant's counsel until she retains a new attorney. The Court instructed that Defendant will need to make efforts to procure new counsel as soon as possible, and if difficulties arise such that she will need to request appointed counsel, Attorney Lanzon should assist her in completing a new financial affidavit to be submitted for the Court's consideration.

At the close of the hearing, the Court scheduled a status conference for **July 21, 2022, at 4:00 p.m.**, so that Defendant can update the Court regarding her attempts to procure new counsel. If a notice is filed by newly retained counsel prior to July 21, 2022, the Court will cancel the status conference.

IT IS SO ORDERED.

ENTER:

Debra C. Poplin
United States Magistrate Judge

2